**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

In re: RETREAT AT ZION, LLC    § Case No. 16-24525
                               §
                               §
                               §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Michael F. Thomson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $3,194,240.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $31,885.62 | | |

3) Total gross receipts of $31,885.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $31,885.62 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,041,236.30 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $62,054.68 | $62,088.51 | $31,885.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $8,804.36 | $8,804.36 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $840.00 | $840.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $4,912.46 | $44,673.79 | $44,673.79 | $0.00 |
| **TOTAL DISBURSEMENTS** | $4,912.46 | $2,157,609.13 | $116,406.66 | $31,885.62 |

4) This case was originally filed under chapter 7 on 05/25/2016, and it was converted to chapter 7 on 11/10/2016.  The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2021

By: /s/ Michael F. Thomson
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNT AT CHASE BANK, XXXXXX | 1129-000 | $103.47 |
| SALE PROCEEDS FROM AUCTION OF ASSET #S 4, 5, & 6 | 1129-000 | $27,235.00 |
| RETAINER PAID TO F. SLAUGH | 1141-000 | $3,500.00 |
| POTENTIAL ACCOUNTS WITH MOUNTAIN AMERICA CREDIT UNION | 1229-000 | $870.93 |
| REFUND FROM PACIFICORP | 1229-000 | $36.22 |
| RECORDS REQUEST | 1290-000 | $140.00 |
| TOTAL GROSS RECEIPTS | | $31,885.62 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RIVERBEND DEVELOPMENT, LLC | 4110-000 | NA | $1,981,660.00 | $0.00 | $0.00 |
| 9 | WASHINGTON COUNTY TREASURERATTN: DAVID WHITEHEAD | 4110-000 | NA | $59,576.30 | $0.00 | $0.00 |
| | TOTAL SECURED | | $0.00 | $2,041,236.30 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael F. Thomson | 2100-000 | NA | $3,938.56 | $3,938.56 | $1,862.43 |
| Trustee, Expenses - Michael Thomson | 2200-000 | NA | $693.57 | $693.57 | $327.97 |
| Attorney for Trustee Fees - DORSEY & WHITNEY LLP | 3110-000 | NA | $26,303.00 | $26,303.00 | $12,437.89 |
| Attorney for Trustee, Expenses - DORSEY & WHITNEY LLP | 3120-000 | NA | $797.58 | $797.58 | $377.15 |
| Auctioneer Fees - Statewide Auction Company | 3610-000 | NA | $4,085.32 | $4,085.32 | $4,085.32 |
| Auctioneer Expenses - Statewide Auction Company | 3620-000 | NA | $200.00 | $200.00 | $200.00 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $307.37 |
| Bond Payments - International Sureties, LTD. | 2300-000 | NA | $0.00 | $33.83 | $33.83 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $65.07 | $65.07 | $65.07 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $407.46 | $407.46 | $407.46 |
| Accountant for Trustee Fees (Other Firm) - BERKELEY RESEARCH GROUP | 3410-000 | NA | $24,686.50 | $24,686.50 | $11,673.50 |
| Accountant for Trustee Expenses (Other Firm) - BERKELEY RESEARCH GROUP | 3420-000 | NA | $227.62 | $227.62 | $107.63 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$62,054.68** | **$62,088.51** | **$31,885.62** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Consultant Fees (Chapter 11) - ANGELA E. GRAFF | 6700-340 | NA | $3,588.00 | $3,588.00 | $0.00 |
| Consultant Expenses (Chapter 11) - ANGELA E. GRAFF | 6710-350 | NA | $45.36 | $45.36 | $0.00 |
| Attorney for D-I-P Fees - Franklin L. Slaugh | 6210-160 | NA | $5,000.00 | $5,000.00 | $0.00 |
| Attorney for D-I-P Expenses - Franklin L. Slaugh | 6220-170 | NA | $171.00 | $171.00 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $8,804.36 | $8,804.36 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | GLADYS CORTES CLEANING | 5300-000 | NA | $420.00 | $420.00 | $0.00 |
| 5 | NORMA HERNANDEZ CLEANING | 5300-000 | NA | $420.00 | $420.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $840.00 | $840.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | TIMEPAYMENT | 7100-000 | NA | $4,906.87 | $4,906.87 | $0.00 |
| 3 | ROCKVILLE SPRINGDALE FIRE PROTECTION DISTRICTRSFPD | 7100-000 | $2,952.45 | $7,548.09 | $7,548.09 | $0.00 |
| 6 | DON DENNETT | 7100-000 | NA | $470.00 | $470.00 | $0.00 |
| 8 | KIRCH & TODD REAL ESTATE | 7100-000 | NA | $31,748.83 | $31,748.83 | $0.00 |
| 10 | STEPHEN W. RUPP, TRUSTEE OF THE CHAPTER 7 BANKRUPTCY ESTATE OF STEVEN EDWARD WARREN | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Amerigas | 7100-000 | $1,005.57 | NA | NA | NA |
| N/F | Pace's Culligan | 7100-000 | $954.44 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $4,912.46 | $44,673.79 | $44,673.79 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 16-24525 | Trustee Name: | (640170) Michael F. Thomson |
| --- | --- | --- | --- |
| Case Name: | RETREAT AT ZION, LLC | Date Filed (f) or Converted (c): | 11/10/2016 (c) |
| | | § 341(a) Meeting Date: | 12/16/2016 |
| For Period Ending: | 02/11/2021 | Claims Bar Date: | 02/23/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT AT CHASE BANK, XXXXXX<br>Demand made upon bank for turnover of all conversion date funds. | 450.00 | 103.47 | | 103.47 | FA |
| 3 | ACCOUNTS RECEIVABLE<br>Trustee investigated and did not locate any records to support these receivables. | 75,000.00 | 3,500.00 | | 0.00 | FA |
| 4 | ALFALFA | 500.00 | 0.00 | | 0.00 | FA |
| 5 | FURNITURE AND FIXTURES<br>Trustee sold these assets pursuant to order entered 4/3/17. See asset # 14 for trustee value. | 106,290.00 | 0.00 | | 0.00 | FA |
| 6 | COMPUTERS, SECURITY EQUIPMENT, AUDIO-VISUAL EQUIPMENT<br>Trustee sold these assets pursuant to order entered 4/3/17. See asset # 14 for trustee value. | 7,450.00 | 0.00 | | 0.00 | FA |
| 7 | YARD EQUIPMENT, MOWERS<br>Trustee sold these assets pursuant to order entered 4/3/17. See asset # 14 for trustee value. | 5,000.00 | 0.00 | | 0.00 | FA |
| 8 | 991 WEST 230 SOUTH, ROCKVILLE, UTAH<br>Trustee determined that there was no equity in the property and stipulated to relief from stay. | 3,000,000.00 | 0.00 | | 0.00 | FA |
| 9 | RETAINER PAID TO F. SLAUGH<br>Attorney had not file a fee application for allowance of payment. Trustee made demand and then filed a motion for turnover. Court entered a stipulated order wherein Slaugh agreed to turn over the funds in payments. The trustee agreed to allow Slaugh an extension of time to turn over the funds due to Slaugh's health.<br>Remaining amount does not justify expense of further pursuit. | 5,000.00 | 2,000.00 | | 3,500.00 | FA |
| 10 | POTENTIAL RECOVERY OF PAYMENTS TO INSIDERS<br>Trustee investigated and determined there were no viable claims | 0.00 | 0.00 | | 0.00 | FA |
| 11 | POTENTIAL ACCOUNTS WITH KEYBANK (u)<br>Demand made upon bank for turnover of all conversion date funds.<br>Acct. #2849 - $337.71 conversion date balance<br>Acct. #2831 - overdrawn ($1,069.54) on conversion date<br>Acct. #2856 - $219.71 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | POTENTIAL ACCOUNTS WITH MOUNTAIN AMERICA CREDIT UNION (u)<br>Demand made upon bank for turnover of all conversion date funds. | 0.00 | 870.93 | | 870.93 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 16-24525  
**Case Name:** RETREAT AT ZION, LLC  
**For Period Ending:** 02/11/2021

**Trustee Name:** (640170) Michael F. Thomson  
**Date Filed (f) or Converted (c):** 11/10/2016 (c)  
**§ 341(a) Meeting Date:** 12/16/2016  
**Claims Bar Date:** 02/23/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | POTENTIAL ACCOUNTS WITH WELLS FARGO (u)<br>Demand made upon bank for turnover of all conversion date funds.<br>Based upon documents produced, there were no open accounts on the conversion date. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | SALE PROCEEDS FROM AUCTION OF ASSET #S 4, 5, & 6 | 0.00 | 27,235.00 | | 27,235.00 | FA |
| 15 | REFUND FROM PACIFICORP (u) | 36.22 | 36.22 | | 36.22 | FA |
| 16 | RECORDS REQUEST (u)<br>Pursuant to court order (Dkt. 158), all patients seen or treated by the debtor after November 10, 2016, may request their records for a $35 transfer fee. | 0.00 | 35.00 | | 140.00 | FA |
| 16 | **Assets Totals (Excluding unknown values)** | **$3,199,726.22** | **$33,780.62** | | **$31,885.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/16/2018    **Current Projected Date Of Final Report (TFR):** 07/15/2020 (Actual)

02/11/2021  
Date

/s/Michael F. Thomson  
Michael F. Thomson

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 16-24525 | Trustee Name: | Michael F. Thomson (640170) |
|---|---|---|---|
| Case Name: | RETREAT AT ZION, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7988 | Account #: | ******0200 Checking |
| For Period Ending: | 02/11/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/05/17 |  | Statewide Auction Company | Auction proceeds |  | 22,949.68 |  | 22,949.68 |
|  |  | Statewide Auction Company | Commission -$4,085.32 | 3610-000 |  |  |  |
|  |  | Statewide Auction Company | -$200.00 | 3620-000 |  |  |  |
|  | {14} | Statewide Auction Company | Gross auction proceeds $27,235.00 | 1129-000 |  |  |  |
| 05/25/17 | {12} | Mountain America Credit Union | Monies from Mountain America Credit Union | 1229-000 | 870.93 |  | 23,820.61 |
| 05/30/17 | {15} | Pacificorp | Closing credit refund | 1229-000 | 36.22 |  | 23,856.83 |
| 05/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 23,846.83 |
| 06/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 23,836.83 |
| 07/31/17 | {16} | Mary Norton | Records Request | 1290-000 | 35.00 |  | 23,871.83 |
| 07/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 23,861.83 |
| 08/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 23,851.83 |
| 09/06/17 | {16} | Ann Paxton-Otten | Records Request | 1290-000 | 35.00 |  | 23,886.83 |
| 09/06/17 | {16} | Louise Ann Fendler | Records Request | 1290-000 | 35.00 |  | 23,921.83 |
| 09/11/17 | {16} | Marsha Stewart | Records Request | 1290-000 | 35.00 |  | 23,956.83 |
| 09/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 23,946.83 |
| 10/02/17 | {2} | Retreat At Zion | Bank Funds | 1129-000 | 103.47 |  | 24,050.30 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 24,040.30 |
| 11/22/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | -60.00 | 24,100.30 |
| 11/30/17 | 101 | International Sureties, LTD. | Bond # 016027974 | 2300-000 |  | 10.31 | 24,089.99 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 34.60 | 24,055.39 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 33.44 | 24,021.95 |
| 01/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 38.00 | 23,983.95 |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 32.19 | 23,951.76 |
| 03/16/18 |  | Franklin Slaugh | Retainer fee | 1141-000 | 1,000.00 |  | 24,951.76 |
|  | {9} |  | Acct #1; Payment #1 $1,000.00 | 1141-000 |  |  |  |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 34.97 | 24,916.79 |
| 04/19/18 |  | Franklin Slaugh | Retainer refund | 1141-000 | 500.00 |  | 25,416.79 |
|  | {9} |  | Acct #1; Payment #2 $500.00 | 1141-000 |  |  |  |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 34.83 | 25,381.96 |
| 05/18/18 |  | Franklin L Slaugh | Retainer refund | 1141-000 | 500.00 |  | 25,881.96 |

Page Subtotals: $26,100.30    $218.34

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10/1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 16-24525 | Trustee Name: | Michael F. Thomson (640170) |
| --- | --- | --- | --- |
| Case Name: | RETREAT AT ZION, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7988 | Account #: | ******0200 Checking |
| For Period Ending: | 02/11/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {9} | | Acct #1; Payment #3 $500.00 | 1141-000 | | | |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.40 | 25,841.56 |
| 06/29/18 | | Franklin Slaugh | Retainer refund | 1141-000 | 500.00 | | 26,341.56 |
| | {9} | | Acct #1; Payment #4 $500.00 | 1141-000 | | | |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.92 | 26,305.64 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.28 | 26,265.36 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.03 | 26,226.33 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.11 | 26,206.22 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.69 | 26,182.53 |
| 11/19/18 | | Franklin Slaugh | Retainer refund | 1141-000 | 500.00 | | 26,682.53 |
| | {9} | | Acct #1; Payment #5 $500.00 | 1141-000 | | | |
| 12/05/18 | 102 | International Sureties, LTD. | Bond # 016027974 | 2300-000 | | 11.06 | 26,671.47 |
| 01/23/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******5098 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX5098 | 9999-000 | | 26,671.47 | 0.00 |
| | | **COLUMN TOTALS** | | | 27,100.30 | 27,100.30 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 26,671.47 | |
| | | **Subtotal** | | | 27,100.30 | 428.83 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$27,100.30** | **$428.83** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 16-24525 | Trustee Name: | Michael F. Thomson (640170) |
|---|---|---|---|
| Case Name: | RETREAT AT ZION, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7988 | Account #: | ******5098 Checking Account |
| For Period Ending: | 02/11/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/23/19 | | Transfer Credit from Rabobank, N.A. acct ******0200 | Transition Credit from Rabobank, N.A. acct XXXXXX0200 | 9999-000 | 26,671.47 | | 26,671.47 |
| 09/09/19 | | Franklin Slaugh | Retainer refund | 1141-000 | 500.00 | | 27,171.47 |
| | {9} | | Acct #1; Payment #6  $500.00 | 1141-000 | | | |
| 12/05/19 | 1000 | International Sureties, LTD. | Bond Payment Voided on 12/18/2019 | 2300-000 | | 14.60 | 27,156.87 |
| 12/18/19 | 1000 | International Sureties, LTD. | Bond Payment Voided: check issued on 12/05/2019 | 2300-000 | | -14.60 | 27,171.47 |
| 12/18/19 | 1001 | International Sureties, LTD. | Bond Payment | 2300-000 | | 12.46 | 27,159.01 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 21.70 | 27,137.31 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.37 | 27,093.94 |
| 08/20/20 | 1002 | Michael F. Thomson | Dividend paid 47.29% on $3,938.56| Claim # FEE | Filed: $3,938.56 | 2100-000 | | 1,862.43 | 25,231.51 |
| 08/20/20 | 1003 | BERKELEY RESEARCH GROUP | Dividend paid 47.29% on $24,686.50| Claim # | Filed: $24,686.50 | 3410-000 | | 11,673.50 | 13,558.01 |
| 08/20/20 | 1004 | BERKELEY RESEARCH GROUP | Dividend paid 47.28% on $227.62| Claim # | Filed: $227.62 | 3420-000 | | 107.63 | 13,450.38 |
| 08/20/20 | 1005 | Michael Thomson | Dividend paid 47.29% on $693.57| Claim # | Filed: $693.57 | 2200-000 | | 327.97 | 13,122.41 |
| 08/20/20 | 1006 | DORSEY & WHITNEY LLP | Dividend paid 47.29% on $26,303.00| Claim # | Filed: $26,303.00 | 3110-000 | | 12,437.89 | 684.52 |
| 08/20/20 | 1007 | DORSEY & WHITNEY LLP | Dividend paid 47.29% on $797.58| Claim # | Filed: $797.58 | 3120-000 | | 377.15 | 307.37 |
| 08/20/20 | 1008 | UNITED STATES TRUSTEE | Dividend paid 47.29% on $650.00| Claim # 7 | Filed: $650.00 Stopped on 11/20/2020 | 2950-000 | | 307.37 | 0.00 |
| 11/20/20 | 1008 | UNITED STATES TRUSTEE | Dividend paid 47.29% on $650.00| Claim # 7 | Filed: $650.00 Stopped: check issued on 08/20/2020 | 2950-000 | | -307.37 | 307.37 |
| 11/24/20 | 1009 | UNITED STATES TRUSTEE PAYMENT CENTER | Dividend paid 47.29% on $650.00| Claim # 7 | Filed: $650.00 | 2950-000 | | 307.37 | 0.00 |
| | | | COLUMN TOTALS | | 27,171.47 | 27,171.47 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 26,671.47 | 0.00 | |
| | | | Subtotal | | 500.00 | 27,171.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $500.00 | $27,171.47 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-24525 | **Trustee Name:** | Michael F. Thomson (640170) |
| **Case Name:** | RETREAT AT ZION, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7988 | **Account #:** | ******5098 Checking Account |
| **For Period Ending:** | 02/11/2021 | **Blanket Bond (per case limit):** | $54,420,450.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $27,600.30 |
| Plus Gross Adjustments: | $4,285.32 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $31,885.62 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0200 Checking | $27,100.30 | $428.83 | $0.00 |
| ******5098 Checking Account | $500.00 | $27,171.47 | $0.00 |
| | **$27,600.30** | **$27,600.30** | **$0.00** |

02/11/2021
Date

/s/Michael F. Thomson
Michael F. Thomson

UST Form 101-7-TDR (10 /1/2010)